UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GUSTAVO DANIEL
VINUEZA-BUENO,

    Defendant.

Case No. 3:23-cr-99(4)

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

---

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 53); AND (2) GRANTING THE JOINT MOTION FOR A CHANGE OF PLEA HEARING (Doc. No. 42)**

---

This criminal case is before the Court on the report and recommendation of the United States Magistrate Judge, recommending that the Court accept Defendant Gustavo Daniel Vinueza-Bueno's guilty plea. Doc. No. 53. There being no objections, the Court **ADOPTS** the report and recommendation in full. The Court accepts Defendant's plea of guilty to count 2 of the superseding indictment currently pending against him and finds him guilty as charged of stealing an interstate shipment of goods with a value exceeding $1,000, in violation of 18 U.S.C. § 659 ¶1. *See* Doc. Nos. 5, 53. The Court also **GRANTS** the parties' joint motion for a change of plea hearing (Doc. No. 42). The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

    IT IS SO ORDERED.

  May 21, 2024                                    s/Michael J. Newman
                                                            Hon. Michael J. Newman
                                                            United States District Judge